IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BENJAMIN L. EAGLE                                                                                      PLAINTIFF

vs.                                           NO. 4:09CV0272 BSM

JUDY S. HENRY, ET AL.                                                                              DEFENDANTS

## ORDER

On April 16, 2009, the court dismissed the complaint under to 28 U.S.C. § 1915(e)(2)(B), for failure to state a claim upon which relief can be granted. Plaintiff has filed a motion for reconsideration, arguing that he has stated a claim for federal jurisdiction.

The court disagrees. The court previously found that plaintiff failed to state a claim against the defendants for violation of his constitutional rights. Plaintiff has not presented any new information for the court to reconsider its ruling.

Accordingly, the motion for reconsideration [Doc. No. 9] is denied.

IT IS SO ORDERED this 27th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

-1-